**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1113**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

JILL J. THOMPSON; WILBUR L. THOMPSON,

              Claimants – Appellants,

        and

1866.75 BOARD FEET AND 11 DOORS AND CASINGS, MORE OR LESS,
OF DIPTERYX PANAMENSIS IMPORTED FROM NICARAGUA,

              Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:07-cv-01100-GBL-TRJ)

Submitted:  September 2, 2009      Decided:  September 22, 2009

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jill J. Thompson, Wilbur L. Thompson, Appellants Pro Se.  Stefan Dante Cassella, Natalie Ann Voris, Special Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jill and Wilbur Thompson appeal the district court's orders granting Plaintiff's motion for summary judgment, denying Appellants' motions to suppress and for sanctions, and denying leave to amend Appellants' answer. We have carefully reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Thompson, No. 1:07-cv-01100-GBL-TRJ (E.D. Va. filed Nov. 24, 2008; entered Nov. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED